# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARK THOMAS Jr.,

         Plaintiff,

vs.

WESTGATE RESORT & CASINO and CAMI CHRISTENSEN

         Defendant.

Case No. 2:16-cv-02261-JAD-GWF

**ORDER**

      This matter is before the Court on Plaintiff's Motion for Automatic Stay to Enforce Settlement Hearing (ECF No. 3), filed on June 12, 2017.

      Plaintiff requests an automatic stay to enforce a settlement hearing. On September 27, 2016, Plaintiff filed his Application for Leave to Proceed *In Forma Puaperis*. ECF No. 1. The Court granted his Application to Proceed *In Forma Pauperis*, but upon screening, the Court dismissed his complaint with leave to amend to correct the noted deficiencies no later than June 30, 2017. ECF No. 3. The Court informed Plaintiff that litigation will not commence until the Court conducts an additional screening of his amended complaint. Plaintiff has not yet filed an amended complaint. Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Motion for Automatic Stay to Enforce Settlement Hearing (ECF No. 3) is **denied**.

      DATED this 22nd day of June, 2017.

                                           GEORGE FOLEY, JR.
                                           United States Magistrate Judge