# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK THOMAS Jr., ) | |
|           Plaintiff, ) | Case No. 2:16-cv-02261-JAD-GWF |
| vs. ) | **ORDER** |
| WESTGATE RESORT & CASINO and ) CAMI CHRISTENSEN ) | |
|           Defendant. ) | |

This matter is before the Court on Plaintiff's Response to Order to Show Cause (ECF No. 7), filed on July 20, 2017.

On July 12, 2017, the Court directed Plaintiff to show cause, in writing, why this matter should not be dismissed for failure to file an amended complaint. Plaintiff requests an additional thirty (30) days to file a response to the order to show cause because he did not receive his legal mail until July 18, 2017. The Court grants Plaintiff's request for a continuance and he shall have until August 25, 2017 to file his response to show cause, in writing, why this matter should not be dismissed for failure to file an amended complaint. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Response to Order to Show Cause (ECF No. 7) and request for a 30 day extension is **granted**. Plaintiff is directed to show cause, in writing, no later than **August 25, 2017**, why this matter should not be dismissed for failure to file an amended complaint. Failure to timely respond shall result in a recommendation to the district judge that this case be dismissed.

DATED this 26th day of July, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge