|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |

| | |
|---|---|
| Mark Thomas, Jr., <br><br>　　Plaintiff <br><br>v. <br><br>Westgate Resort & Casino and Cami Christensen, <br><br>　　Defendants | 2:16-cv-02261-JAD-GWF <br><br>**Order Adopting Report and Recommendation and Dismissing Case** <br><br>[ECF No. 13] |

After filing a fatally deficient complaint, failing to file an amended complaint, filing an extended-time response to an order to show cause that could not be construed as an amended complaint because it had the same fatal deficiencies as the first complaint, and being granted leave to file an amended complaint, pro se plaintiff Mark Thomas, Jr., returned with another motion to show cause that has been construed as an amended complaint.[1] After reviewing the "amended complaint," Magistrate Judge Foley recommends that I dismiss this case.[2]

The report and recommendation was entered August 30, 2017, making September 12, 2017, the deadline to file an objection. Thomas has not filed any objection to the report and recommendation. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Foley's report and recommendation **[ECF No. 13] is ACCEPTED and ADOPTED**; and this action is **DISMISSED**.

---

[1] ECF No. 12.

[2] ECF No. 13.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyn-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

The Clerk of Court is directed to **CLOSE THIS CASE**.

DATED: September 19, 2017.

_____
Jennifer A. Dorsey
United States District Judge